294 U.S. 716
 55 S.Ct. 514
 79 L.Ed. 1249
 Eric LYDERS, petitioner,
v.
Inger Marie PETERSEN, Maren Jensen, Johannes Nielsen, et al.*
 No. 460.
 Supreme Court of the United States
 February 18, 1935
 
 Messrs. James F. Brennan and Harold M. Sawyer, both of San Francisco, Cal., for petitioner.
 
 
 1
 For opinion below, see 33 P.(2d) 1030.
 
 
 2
 Petition for writ of certiorari to the District Court of Appeals, 1st Appellate District, Division 1, State of California, denied.
 
 
 
 *
 Rehearing denied 294 U. S. 734, 55 S. Ct. 635, 79 L. Ed.